Certificate Number: 05781-NYE-DE-041626099

Bankruptcy Case Number: 26-44609

05781-NYE-DE-041626099

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 1, 2026, at 2:21 o'clock PM PST, Margarita Ibragimova completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of New York.

Date: November 1, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President